**Electronically Filed**
**Supreme Court**
**SCWC-11-0000645**
**28-OCT-2014**
**08:27 AM**

SCWC-11-0000645

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

VICTOR F. MULU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000645; CR. NO. 10-1-1218)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Court Judge Kim, in place of Wilson, J., recused)

Respondent/Plaintiff-Appellee Victor F. Mulu's

Application for Writ of Certiorari, filed on September 20, 2014,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 28, 2014.

| | |
|---|---|
| Stephen M. Shaw<br>for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Donn Fudo<br>for respondent | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Glenn J. Kim |

